# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   **SACV10-01096 - JVS (CWx)**          Date   November 5, 2010

Title   **Pamela J. Walker v. Quality Loan Service Corporation, etc., et al**

Present: The Honorable          James V. Selna

|  |  |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)          ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing no later than November 29, 2010, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

**__X__   Proof of service of summons and complaint as to defendants**

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

The Court hereby sets the Order to Show Cause for hearing on December 6, 2010, at 11:00 a.m. The Court further continues the Scheduling Conference from November 8, 2010 to December 6, 2010 at 11:00 a.m.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | nkb |  |